JOHN MAGLIERY (*pro hac vice* forthcoming)
johnmagliery@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

JAMES H. MOON (SBN 268215)
jamesmoon@dwt.com
MARCY MICALE BLATTNER (SBN 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
LAST BRAND, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WRIGHT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAST BRAND, INC.,<br><br>Defendant. | Case No. **26-CV-4009-AGS-VET**<br><br>**DEFENDANT LAST BRAND, INC. D/B/A QUINCE'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: November 10, 2026<br>Time: 10:00 a.m.<br>Dept.: Courtroom 5C<br><br>Assigned to Hon. Andrew G. Schopler<br><br>Action Filed: July 12, 2026 |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 10, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 5C of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, Defendant Last Brand, Inc., d/b/a Quince ("Quince") will and hereby does move the Court for an order dismissing plaintiff Amy Wright's ("Plaintiff") claims for relief for: (1) violation of the Electronic Communications Privacy Act (Federal Wiretap Act), 18 U.S.C. § 2511(1), *et seq.*; (2) violation of the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 631(a); (3) invasion of privacy, California Constitution Article I, Section I; (4) intrusion upon seclusion under California common law; and (5) violation of Cal. Penal Code § 638.51—without leave to amend.

This motion to dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(1) on the basis that Plaintiff lacks Article III standing and Rule 12(b)(6) on the basis that Plaintiff fails to state a claim upon which relief can be granted.

This motion is based on this notice, the motion, and the included Memorandum of Points and Authorities; the Declaration of Marcy Blattner Micale; all matters of which the Court may take judicial notice; all pleadings, records, and files in this action; and such evidence and argument as may be presented at or before the hearing on this motion.

As required by Judge Schopler's Civil Chambers Rules ¶ 5, and as described in the concurrently filed Declaration of Marcy Blattner Micale, counsel for the parties met and conferred but were unable to come to agreement regarding the issues raised in the motion or withdrawal of the Complaint.



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

DATED: September 11, 2026

DAVIS WRIGHT TREMAINE LLP
JOHN MAGLIERY
JAMES H. MOON
MARCY BLATTNER MICALE

By: */s/ James H. Moon*
James H. Moon

Attorneys for Defendant
LAST BRAND, INC.



**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899